

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00061-CV

Katia N. **ALMAGEUR**,
Appellant

v.

Amelia **IBARRA**,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 2022CV00660
Honorable Gloria Saldaña, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: May 31, 2023

DISMISSED FOR WANT OF PROSECUTION

The clerk's record was originally due on February 14, 2023, but it was not filed. On February 14, 2023, the clerk of this court notified the county clerk that the clerk's record was late. Appellant was copied on this notice. Neither the county clerk nor appellant has responded to our notice. Additionally, on February 14, 2023, this court notified appellant that her docketing statement was past due. To date, appellant has not responded to our notice of late docketing statement.

On April 18, 2023, this court ordered appellant to show cause in writing by April 28, 2023, why this appeal should not be dismissed for want of prosecution. Appellant did not respond. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Costs of the appeal are taxed against appellant.

PER CURIAM